# EXHIBIT A



Please return completed application to Cameron S. Allen
cam@veracityins.com

**VERACITY**
INSURANCE SOLUTIONS
260 South 2500 West Suite 303
Pleasant Grove, UT 84062
866.395.1308

# GENERAL & PRODUCTS LIABILITY INSURANCE APPLICATION

## HOW TO COMPLETE THIS FORM

To complete this form, you must be a principal, partner, or director of the applicant firm and should make all the necessary inquiries of their fellow partners, directors, and employees to enable all the questions to be answered.

If you require any extra space to complete the answers to questions contained within this application form please continue your response on an additional sheet and attach it to this application. Once you have completed the form please return directly to your insurance broker.

## SECTION 1: COMPANY DETAILS

1. Please complete the following:
   Company Name: C3 Manufacturing LLC / Colorado Industrial Safety
   Street Address: 3809 Norwood Dr #4
   City: Littleton   State: Co   Zip: 80125
   Telephone: 303-953-0874   Fax: ___
   Email: RonNaranjo@C3MFG.com   Website: ___
   Legal Status: [X] Individual  [ ] Partnership  [ ] Corporation  [ ] Joint Venture  [ ] Other: S-Corp
   Contact Name: Ron Naranjo   Phone: ___
   List the names of all predecessor organizations of the Applicant: ___

   Federal Tax ID Number: 27-2627501   Number of years in business: 8

2. Is the Applicant controlled by, owned by, or commonly owned, affiliated, or associated with any other organization?   [ ] Yes  [X] No
   If yes, provide details: ___

3. Total experience in this type of business: 30 years
4. Please state the number of employees:  Full-time: 4   Part-time: 2

## SECTION 2: SPECIFIED PRODUCTS AND COMPLETED OPERATIONS

1. Provide the following information for those products and/or services for which the Applicant wants coverage. Only those products and services listed below will be considered for coverage.

| Products and Services (or specific categories) | M | W | R | I | MR | No. of Years | % of Gross Receipts | Install | Repair or Service | W | R | C | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Automatic Relay | [X] | [ ] | [ ] | [ ] | [ ] | 8 | 95 |  | X | [X] | [ ] | [ ] | [ ] |
| Equipment Repair | [ ] | [ ] | [ ] | [ ] | [X] | 8 | 5 |  | X | [ ] | [ ] | [X] | [ ] |

M: manufacturer  W: wholesaler  R: retailer  I: importer  MR: manufacturer's rep.  C: consumer direct  O: other (describe)



Products Liability Insurance Application

|  | ☐ | ☐ | ☐ | ☐ | ☐ |  |  |  | ☐ | ☐ | ☐ | ☐ |
|--|---|---|---|---|---|--|--|--|---|---|---|---|
|  | ☐ | ☐ | ☐ | ☐ | ☐ |  |  |  | ☐ | ☐ | ☐ | ☐ |

2. Total gross receipts from all products and services lsited above:
   a. Estimated annual gross receipts for the coming year: ▮▮▮
   b. Annual gross receipts: (i) last twelve months: $ ▮▮▮   (ii) 1st prior year: $ _____

3. Is the Applicant presently considering any change in the mix of products, including adding new products or services, for the coming year?   ☐ Yes  ☒ No
   If yes, provide details: _____

4. Has the Applicant discontinued or is it considering discontinuing any product or service listed above?   ☐ Yes  ☒ No
   If yes, provide details: _____

5. Are any of the Applicant's products or services used in connection with aircraft/missiles/aerospace?   ☐ Yes  ☒ No
   If yes, provide details: _____

## SECTION 3: PROCESSING AND QUALITY CONTROL

1. Do any products, ingredients, or components thereof originate outside the United States?   ☒ Yes  ☐ No
   If yes, please specify:
   a. The country(ies) of origin: _Great Briton, Taiwan_
   b. The name of each organization manufacturer, distributor, or supplier: _USANG, International Safety Components._

2. Do others manufacture, assemble, package, or install products under the Applicant's name or label?   ☐ Yes  ☒ No
   If yes, provide the name(s) and address(es) of contract manufacturer(s): _____

3. Does the Applicant manufacture, assemble, package, or install products for others under their name or label?   ☐ Yes  ☒ No
   If yes, explain: _____

4. Does the Applicant have a quality control and testing procedure?   ☒ Yes  ☐ No
   a. If yes, how long does the Applicant keep quality control and testing records? _Indefinitely_

5. Can the Applicant identify its product(s) from those of competitors?   ☒ Yes  ☐ No

6. Do all records show to whom and the date each product was sold?   ☒ Yes  ☐ No

7. Does the Applicant require certificates of insurance evidencing Products Liability Insurance from suppliers?   ☒ Yes  ☐ No

8. Who designs the Applicant's products? _In house_

9. Are product designs reviewed, tested, and verified by others?   ☒ Yes  ☐ No



Products Liability Insurance Application

10. Does the Applicant have a specific program to withdraw known or suspected defective products from the market? ☒ Yes ☐ No

11. Has the Applicant ever recalled or is it considering recalling any product? ☐ Yes ☒ No

12. Have the Applicant's products, ingredients, or components thereof ever been the subject of any investigation, enforcement action, or notice of violation of any kind by any governmental, quasi-governmental, administrative, regulatory, or oversight body? ☐ Yes ☒ No

    If yes, provide details: _____

## SECTION 4: MANUFACTURING AND DISTRIBUTION

1. Are all the products sold considered "Generally Regarded Safe" by the FDA? ☒ Yes ☐ No

2. Do you import any products from other countries? ☐ Yes ☒ No

    If yes, please list countries: _____

3. Do you export products or have foreign operations? ☒ Yes ☐ No

    If yes, please provide details: _Products sold internationally through resellers._

4. Do you make or sell any of the following products? ☐ Vitamins/Supplements ☐ Acetone Products ☐ Aerosol Products ☐ Invasive Body Inks ☐ Electric Curlers/Straighteners

5. Do you make or handle any products that are explosive, flammable, or poisonous either by itself or in combination with other materials? ☐ Yes ☒ No

6. Could any of your products be classified as pharmaceuticals? ☐ Yes ☒ No

    If yes, please provide details: _____

7. Do others private-label your products? ☐ Yes ☒ No

    If yes, please provide details: _____

## SECTION 5: INSURANCE INFORMATION

1. Limits of Liability requested: $ _2,000,000_ /$ _1,000,000_
   Deductible: $ _10,000_
   
   *$4 Mil umbrella policy also*
   
   The company does not guarantee to offer any of the above limits and/or deductibles.

2. Do you currently have liability insurance? ☒ Yes ☐ No
   
   Insurance Company: _Verasity_
   Limits of Liability: $ _7,000,000_  Deductible/SIR: $ _10,000_
   Expiring Premium: $ _____  Expiration Date: _____
   Retroactive Date/Prior Acts Date (if applicable): _____

**Please request loss runs/claims history from your current insurance company.**



Products Liability Insurance Application

13. Has any insurer declined, cancelled, or nonrenewed any product liability insurance or any similar insurance on behalf of any person(s) or organization(s) proposed for this insurance?  ☐ Yes  ☒ No

If yes, please provide details: _____

_____

## SECTION 6: CLAIMS HISTORY

1. Has any claim for Product Liability been made against any person(s) or organization(s) proposed for this insurance during the last 5 years?  ☐ Yes  ☒ No

If yes, please complete the following for the previous five (5) years, including for any predecessor. Attach a description of any loss greater than $10,000 total incurred.

| Year | No. of Claims | Total Amounts Paid | Amounts Reserved | Total Incurred | Date of Loss |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

2. Is (are) any person(s) or organization(s) proposed for this insurance aware of any fact, incident, circumstance, situation, condition, defect or suspected defect which may result in a Products Liability claim? ☐ Yes ☒ No

If yes, please provide details: _____

_____

## SECTION 7: PROPERTY COVERAGE

**Underwriting Information:**

| Construction Type: ☐ Frame/Brick Veneer ☒ Masonry ☐ Metal | Yr. Built: 2002 | # Stories: 1 | Square Footage: 2400 |
|---|---|---|---|
| If over 25 yrs. old provide year of updates for:  Heating: | Electrical: | Roof: | Plumbing: |
| Distance from Fire Station:  1  Miles | Distance from Fire Hydrant: | | Feet  75 |
| Is the building Sprinklered (Fire Suppression System):? ☐ Yes ☒ No  If "Yes", what percentage: _____ % | | | |
| Do you have an alarm? ☐ Yes ☒ No  If "Yes", what type? ☐ Local Gong ☐ Central Station: ☐ Fire and/or ☐ Burglar | | | |
| Is property located within 5 Miles of any coast? ☐ Yes ☒ No | | | |

**Coverage Information:**  Requested Effective Date: 10 / 11 / 2018

| Subject of Insurance | Limit of Insurance | Deductible | Policy Form | Co-Insurance | Valuation |
|---|---|---|---|---|---|
| Building – If Owned |  |  | Special | 90% | RC |
| Business Personal Property |  |  | Special | 90% | RC |
| Business Income |  |  | Special | 90% | RC |



Products Liability Insurance Application

**Lein Holders/Mortgageholders:**

| Name of Lein Holder/Additional Insured | Address | Relationship |
|---|---|---|
| | | |
| | | |

**Prior Carrier/Claims:**

| Current Insurance Carrier: Verasity | Number of Yrs. Insured: 1 |
|---|---|
| Expiring Premium: | Have you had any claims in the past 5 years? ☐ Yes ☒ No |

If you answered "Yes", please provide the following information:

| Date of Claim | Description | Amount of Loss |
|---|---|---|
| | | |
| | | |
| | | |

## SECTION 8: ADDITIONAL INFORMATION

1. Please attach the following: Brochures, Labels, and Instructions.

## SECTION 9: WARRANTIES

**NOTICE TO THE APPLICANT - PLEASE READ CAREFULLY**

No fact, circumstance or situation indicating the probability of a claim or action for which coverage may be afforded by the proposed insurance is now known by any person(s) or organization(s) proposed for this insurance other than that which is disclosed in this application. It is agreed by all concerned that if there is knowledge of any such fact, circumstance or situation, any claim subsequently emanating therefrom shall be excluded from coverage under the proposed insurance.

For the purpose of this application, the undersigned authorized agent of the person(s) and organization(s) proposed for this insurance declares that to the best of his/her knowledge and belief, after reasonable inquiry, the statements in this application and in any attachments, are true and complete. The Company is authorized to make any inquiry in connection with this application. Signing this application does not bind the Company to provide or the Applicant to purchase the insurance.

If the information in this application and any attachment materially changes between the date this application is signed and the effective date of the policy, the Applicant will promptly notify Veracity Insurance Solutions, LLC, who may modify or withdraw any outstanding quotation or agreement to bind coverage.

The undersigned declares that the person(s) and organization(s) proposed for this insurance understand that:

(i) the policy for which this application is made applies only to "Claims" first made during the "Policy Period"; and

(ii) unless amended by endorsement, the limits of liability contained in the policy shall be reduced, and may be completely exhausted by "Claim Expenses" and, in such event, the Company will not be liable for "Claim Expenses" or the amount of any judgment or settlement to the extent that such costs exceed the limits of liability in the policy.

**WARRANTY:** I/We warrant to the Company, that I/We understand and accept the notice stated above and that the information contained herein is true and that it shall be the basis of the policy and deemed incorporated therein, should the Company evidence its acceptance of this application by issuance of a policy.
**Note:** This application is signed by undersigned authorized agent of the Applicant(s) on behalf of the Applicant(s) and its owners, partners, directors, officers, and employees.



Products Liability Insurance Application

**SIGNATURES:**

_____          Ron Naranjo
Signature                                                       Print Name

Owner                                                              8/31/18
Title                                                                  Date