**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:23-cv-01705

Houston Casualty Company,

    Plaintiff,

v.

C3 Manufacturing LLC,

    Defendant.

## RESPONSE TO ORDER TO SHOW CAUSE

Houston Casualty Company ("HCC"), by and through counsel, Arnett Litigation, LLC, files this, its Response to the Court's Sua Sponte Order to Show Cause [ECF No. 4], dated July 7, 2023.

1. By Order to Show Cause dated July 7, 2023, the Court requested that Plaintiff show cause why this case should not be dismissed due to lack of subject matter jurisdiction.

2. As the Court pointed out, the sole defendant in this case, C3 Manufacturing LLC ("C3"), is a limited liability company, and the citizenship of a limited liability company is determined by the citizenship of each of its members.

3. The original Complaint [ECF No. 1] alleged that Ronald Naranjo is the single member of C3, a limited liability company. The Complaint did not allege the citizenship of Mr. Naranjo.

4. According to the most recent Periodic Report that C3 filed with the Colorado Secretary of State, dated April 27, 2023, the registered agent of C3 is Mr. Naranjo, with an address of 9502 Palmer Lake Ave, Littleton, CO 80125. <u>Exhibit A</u>.

5. As such, on information and belief, Mr. Naranjo is a citizen of the state of Colorado.

6. Because the sole member of C3 is, on information and belief, a citizen of the state of Colorado, C3 likewise is a citizen of the state of Colorado.

7. As pleaded in the Complaint, HCC is incorporated in and has its principal place of business in the state of Texas. HCC is therefore a citizen of the state of Texas.

8. Because Plaintiff HCC is a citizen of Texas and Defendant C3 is a citizen of Colorado, complete diversity exists and this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

9. HCC is filing contemporaneously with this Response a First Amended Complaint to reflect the citizenship of C3.

**DATED** this 10th day of July 2023.

Respectfully Submitted,

*s/ *Jennifer C. Arnett

Jennifer C. Arnett
Arnett Litigation, LLC
1630 30th Street, Ste. A-184
Boulder, Colorado 80301
Tel: 720-726-5852
jennifer@arnettlawyers.com
*Attorney for Plaintiff Houston Casualty Company*

---

* *Pursuant to Electronic Case Filing Procedure for the District of Colorado (Civil Cases) § 5(C)(1-3), the "s/ signature" serves as the filer's signature on all such documents filed with the court. It also serves as the filer's signature for purposes of the Federal Rules of Civil Procedure, the local rules of this court, and any other purpose for which a signature is required in connection with proceedings before the court.*