# EXHIBIT A

Colorado Secretary of State
ID#: 20101291689
Document #: 20231461889
Filed on: 04/27/2023 02:33:41 PM
Paid: $10.00

# Colorado Secretary of State

# Periodic Report

filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

**The entity name is**   C3 Manufacturing LLC

**The entity ID Number is**   20101291689

**Jurisdiction under the law of which the entity was formed or registered is**   Colorado

**The principal office street address is**   3809 Norwood Dr Unit 2
Littleton CO 80125
US

**The principal office mailing address is**   3809 Norwood Dr Unit 2
Littleton CO 80125
US

**The name of the registered agent is**   Ronald Naranjo

**The registered agent's street address is**   9502 Palmer Lake Ave
Littleton CO 80125
US

**The registered agent's mailing address is**   9502 Palmer Lake Ave
Littleton CO 80125
US

The person above has agreed to be appointed as the registered agent for this entity.

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., and, if applicable, the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

**Name(s) and address(es) of the individual(s) causing the document to be delivered for filing**

Ronald Naranjo
9502 Palmer Lake Ave
Littleton CO 80125
US