# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01705

Houston Casualty Company,

    Plaintiff,

v.

C3 Manufacturing LLC,

    Defendant.

---

### AFFIDAVIT OF DANIEL ROSEMAN

---

I declare under oath that I am 18 years or older and not a party to the action. I submit this affidavit in support of Houston Casualty Company's Motion for Substituted Service.

1. The following statements are based on my personal knowledge and belief.

2. I am a process server for VSP Service of Process & Investigations LLC ("VSP").

3. I understand that the attorney for Houston Casualty Company, Arnett Litigation, LLC, retained VSP for the purpose of serving process of a summons and complaint on C3 Manufacturing LLC ("C3").

4. I attempted service on C3 a total of five times between July 6, 2023 and July 14, 2023.

5. I attempted service at the address I was provided as the home address of the registered agent of C3, 9502 Palmer Lake Ave, Littleton, CO 80125, on July 6, 2023. I knocked on the door and rang the Ring doorbell. Nobody answered. My notes of all of my service attempts are attached hereto as Exhibit 1.

6. Also on July 6, 2023, I attempted service at the address that I was provided as the principal place of business of C3, 3809 Norwood Dr Unit 2, Littleton, CO 80125. I handed the Civil Cover Sheet, Summons, Complaint, and exhibits to a woman who stated that she was a manager of C3. She refused, however, to give her name, and then reversed course and stated that she was not a manager of C3.

7. I attempted service at the home address again on July 7, 2023. It was clear that somebody was inside the house, but they did not answer the door. A Chevy with Colorado license plate OVZ-052 was parked at the home when I attempted service.

8. On July 13, 2023, I again attempted service at the business address. People were clearly inside, but they locked the door as I approached and they did not open the door. One of the vehicles on site at the business location on this date was the Chevy with Colorado license plate OVZ-052 that had been at the home address at the time of the July 7, 2023 service attempt.

9. I again attempted service at the business address on July 14, 2023. The door was again locked and nobody would answer, but it was obvious that multiple employees were inside and evading service.

10. It seems clear to me that persons at both the home address and the business address were attempting to evade service of process.

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the 17 day of July 2023

_Aurora colorado_
(city or other location, and state OR country)

_Daniel Rosenman_       _Daniel Rosenman_ 7/18/2023
(Printed Signature)      Signature      Date

Page 3

# EXHIBIT 1

**Jennifer Arnett**

| | |
|---|---|
| **From:** | VSPI Service of Process Investigations LLC <notifications@mail.servemanager.com> |
| **Sent:** | Monday, July 17, 2023 11:45 AM |
| **To:** | Jennifer Arnett |
| **Subject:** | [ServeManager] Job #9137611 Update |

# Attempted Serve

VSPI Service of Process & Investigations LLC shared a service notification with you:

## Details

**Process Server:** Daniel Roseman

**Date & Time:** Jul 6, 2023, 10:58 am MDT

**Service Type:** Non-Service

**Description of Service:**

Knocked on door rang ring doorbell. No answer dog inside Chevy pick up off street.

## Service Address

9502 PALMER LAKE AVE, LITTLETON, CO 80125, DOUGLAS

---

# Job & Case

**Job:** 9137611

**Priority: Rush**

**Due Date:** Jul 5, 2023

**Client Job:** to invoice

**Recipient:** C3 Manufacturing LLC

**Case:** 23-cv-01705

**Plaintiff:** Huston Casualty Company

**Defendant:** C3 Manufacturing LLC

**Court:** IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

1

**County:**

**Documents:** Summons In a Civil Action, 2023.06.05_1-6 Civil Cover Sheet.pdf, 2023.06.05_1 Complaint.pdf, 2023.06.05_1-1 Exhibit A C3 Application.pdf, 2023.06.05_1-2 Exhibit B HCC Excess Policy.pdf, 2023.06.05_1-3 Exhibit C Second Amended Complain.pdf, 2023.06.05_1-4 Exhibit D Deposition Transcript - Ron Naranjo excerpts.pdf, 2023.06.05_1-5 Exhibit E Notice of Rescission.pdf

---

## Shared with you by:

VSPI Service of Process & Investigations LLC
VSP Service of Process & Investigations LLC
vspi-serv@anlservicepi.com
720-383-7933

# Jennifer Arnett

| | |
|---|---|
| **From:** | VSPI Service of Process Investigations LLC <notifications@mail.servemanager.com> |
| **Sent:** | Monday, July 17, 2023 11:45 AM |
| **To:** | Jennifer Arnett |
| **Subject:** | [ServeManager] Job #9137611 Served |

# Served

VSPI Service of Process & Investigations LLC shared a service notification with you:

## Details

**Process Server:** Daniel Roseman

**Date & Time:** Jul 6, 2023, 4:51 pm MDT

**Service Type:** Substitute Service - Business

**Description of Service:**

When I arrived at location. I spoke to a sixty year old white female and stated that I was looking for ronald. She stated he was not in at this time. I stayed okay well I just have an important delivery for him. She stated oh yeah please I can take that can you bring it in. I stated yes I can I brought the documents in I gave them to her and she at that point started back. Pedaling. I told her I needed her name she denied giving me her name as well as started explaining to me that she was not a worker of C3 that she was a worker for of perfect descent, a company that uses C3 as a manufacturer for their products, which is in unit two of the same address. Not divided in any manner. When looking on the web for business ownership and registered agents they both list Ron Naranjo as the owner of both businesses at the same location.

## Recipient

| | |
|---|---|
| Recipient: | Jane Doe Manager of Perfect Descent and C3 Manufacturing LLC |
| Age: | 61 |
| Ethnicity: | Caucasian |
| Gender: | Female |
| Weight: | 130 |
| Height: | 5'2" |
| Hair: | Gray |
| Relationship: | Manager |

**Description of Recipient:** Manager of Perfect Descent

## Service Address

30809 Norwood Dr Unit 2, Littleton, CO

## GPS Data

**Mobile Device:** Chrome version 114 on Generic Linux 0

**GPS Coordinates:** 39.5554306, -105.0392276

**GPS Timestamp:** 1688683899400

---

## Job & Case

**Job:** 9137611

**Priority: Rush**

**Due Date:** Jul 5, 2023

**Client Job:** to invoice

**Recipient:** C3 Manufacturing LLC

**Case:** 23-cv-01705

**Plaintiff:** Huston Casualty Company

**Defendant:** C3 Manufacturing LLC

**Court:** IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**County:**

**Documents:** Summons In a Civil Action, 2023.06.05_1-6 Civil Cover Sheet.pdf, 2023.06.05_1 Complaint.pdf, 2023.06.05_1-1 Exhibit A C3 Application.pdf, 2023.06.05_1-2 Exhibit B HCC Excess Policy.pdf, 2023.06.05_1-3 Exhibit C Second Amended Complain.pdf, 2023.06.05_1-4 Exhibit D Deposition Transcript - Ron Naranjo excerpts.pdf, 2023.06.05_1-5 Exhibit E Notice of Rescission.pdf

---

## Attempt Uploads

- 1688684595737503144899664291725l.jpg (2.21 MB)
- Screenshot_20230706_164023_Chrome.jpg (423 KB)
- Screenshot_20230706_164937_Chrome.jpg (389 KB)
- Screenshot_20230706_164947_Chrome.jpg (429 KB)
- Screenshot_20230706_165100_Chrome.jpg (456 KB)
- Screenshot_20230706_165112_Chrome.jpg (355 KB)

---

**Shared with you by:**

VSPI Service of Process & Investigations LLC
VSP Service of Process & Investigations LLC
vspi-serv@anlservicepi.com
720-383-7933

**Jennifer Arnett**

| | |
|---|---|
| **From:** | VSPI Service of Process Investigations LLC <notifications@mail.servemanager.com> |
| **Sent:** | Monday, July 17, 2023 11:42 AM |
| **To:** | Jennifer Arnett |
| **Subject:** | [ServeManager] Job #9137611 Update |

# Job Note

VSPI Service of Process & Investigations LLC shared a note with you:

**Label:** ADDITIONAL ATTEMPT: 7.7.2023 AT 344PM

**Comment:**

After our substitute business service yesterday on the manager of the subjects company. We came out to the home location again in hopes of catching the subject himself here and being able to serve him personally. There is a Chevy, Colorado with Colorado license plates, OVZ - 052 at location. There is a dog barking and being calmed or shun by someone inside the house that is non. Visible but seems pretty obvious as to their presence.I knocked on the door numerous times I rang the video doorbell numerous times I could not get anybody to come to the door or have any communication at this location at this time.Avoiding possibly

# Job & Case

**Job:** 9137611

**Priority: Rush**

**Due Date:** Jul 5, 2023

**Client Job:** to invoice

**Recipient:** C3 Manufacturing LLC

**Case:** 23-cv-01705

**Plaintiff:** Huston Casualty Company

**Defendant:** C3 Manufacturing LLC

**Court:** IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**County:**

**Shared with you by:**

VSPI Service of Process & Investigations LLC
VSP Service of Process & Investigations LLC
vspi-serv@anlservicepi.com
720-383-7933

**Jennifer Arnett**

---

**From:** VSPI Service of Process Investigations LLC <notifications@mail.servemanager.com>
**Sent:** Monday, July 17, 2023 11:43 AM
**To:** Jennifer Arnett
**Subject:** [ServeManager] Job #9137611 Update

# Job Note

VSPI Service of Process & Investigations LLC shared a note with you:

**Label:** Attempr on 7.13.23 at 450pm

**Comment:**

Today on July 13th 2023 I came back to the work location at unit 2 at 3809 Norwood drive in Little Colorado when I arrive at location. I pulled up close to the front entry. I could see people inside this location. Moving around trying to see what might be happening out front. I went and approached the door and the door had been locked as I was getting to it. I've been sitting outside this location for quite some time awaiting somebody to exit this location, but nobody has come out of this location, there is 2 vehicles here that we're here on the last service, that are definitely here for this business location and a third possible. The third possible vehicle is chevy Silverado colorado license plate XQU-084, A tesla with license plate bsmg34 and a chevy truck with Colorado license plate OVZ-052

---

# Job & Case

**Job:** 9137611

**Priority: Rush**

**Due Date:** Jul 5, 2023

**Client Job:** to invoice

**Recipient:** C3 Manufacturing LLC

**Case:** 23-cv-01705

**Plaintiff:** Huston Casualty Company

**Defendant:** C3 Manufacturing LLC

**Court:** IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**County:**

---

**Shared with you by:**

VSPI Service of Process & Investigations LLC
VSP Service of Process & Investigations LLC
vspi-serv@anlservicepi.com
720-383-7933

**Jennifer Arnett**

| | |
|---|---|
| **From:** | VSPI Service of Process Investigations LLC <notifications@mail.servemanager.com> |
| **Sent:** | Monday, July 17, 2023 11:44 AM |
| **To:** | Jennifer Arnett |
| **Subject:** | [ServeManager] Job #9137611 Update |

# Job Note

VSPI Service of Process & Investigations LLC shared a note with you:

**Label:** Attempted service on 7/14/23 at 10:15 am

**Comment:**

I came out to location to attempt service and once again the door was locked and no one would answer. There were numerous cars in the parking lot. It was obvious there were multiple employees at this location who are trying to help service be avoided.

# Job & Case

**Job:** 9137611

**Priority: Rush**

**Due Date:** Jul 5, 2023

**Client Job:** to invoice

**Recipient:** C3 Manufacturing LLC

**Case:** 23-cv-01705

**Plaintiff:** Huston Casualty Company

**Defendant:** C3 Manufacturing LLC

**Court:** IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**County:**

# Shared with you by:

VSPI Service of Process & Investigations LLC
VSP Service of Process & Investigations LLC
vspi-serv@anlservicepi.com
720-383-7933

2