# EXHIBIT C

RE: Houston Casualty Company v. C3 Manufacturing LLC

Kerri J. Anderson <Kerri@lsw-legal.com>
Fri 7/7/2023 2:58 PM
To: Jennifer Arnett <jennifer@arnettlawyers.com>
Cc: Christine <christine@arnettlawyers.com>; Kerri J. Anderson <Kerri@lsw-legal.com>

Jennifer,

I was under the impression that C3 had been served yesterday evening. I will check with the client but as of now, I am not authorized to accept service.

Thanks –

**Kerri J. Anderson**
Attorney



455 Sherman St., Ste. 490
Denver, CO 80203
Tel: 303-575-9390
www.lsw-legal.com
**Please note our new address**

---

**From:** Jennifer Arnett <jennifer@arnettlawyers.com>
**Sent:** Friday, July 7, 2023 12:52 PM
**To:** Kerri J. Anderson <Kerri@lsw-legal.com>
**Cc:** Christine <christine@arnettlawyers.com>
**Subject:** Houston Casualty Company v. C3 Manufacturing LLC

Dear Kerri,

I write to you as counsel for Houston Casualty Company. HCC has initiated a declaratory judgment action against C3 in federal court in Colorado. See attached. Note that we have attempted service on Mr. Naranjo as the registered agent of C3, and on a manager of C3 at C3's principal place of business. The manager refused to accept service. Are you authorized to accept service on behalf of C3?

Sincerely,
Jennifer

> Jennifer Arnett
> jennifer@arnettlawyers.com
> (720) 726-5852
> 1630 30th Street, Ste. A-184
> Boulder, CO 80301
> www.arnettlawyers.com

