IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01705-RMR-NRN

HOUSTON CASUALTY COMPANY,

Plaintiff,

v.

C3 MANUFACTURING LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      It is hereby ORDERED that Houston Casualty Company's Motion Requesting Substituted Service (Dkt. #12) is DENIED WITHOUT PREJUDICE. According to its motion, on July 6, 2023, a manager of the Defendant was served with process in this case. *See* Dkt. #12 at 2, ¶ 9. If true, this would be effective under the Federal Rules and Colorado Rules of Civil Procedure. It appears that Defendant's counsel also believes that service occurred on July 6, 2023. *See* Dkt #12-3. The deadline to file an answer or otherwise respond has not yet passed. If that deadline passes without an answer or other response from the Defendant, Plaintiff may refile the motion or move for default judgment.

      Moreover, Plaintiff seeks an order permitting substituted service by mail. This relief is not appropriate. Substituted service must be accomplished by hand delivery to the substituted person, given that this case does not involve "specific property or status or other proceedings in rem." *See* Colo. R. Civ. P. 4(g) (stating that service by mail "shall be allowed only in actions affecting specific property or status or other proceedings in rem"); *Namaste Judgment Enforcement, LLC v. King*, 465 P.3d 78, 83 (Colo. App. 2020) (holding that "hand delivery to the substituted person is required" under Colorado Rule 4(f)); *see also JDK LLC v. Hodge*, No. 15-cv-00494-NYW, 2015 WL 2455504, at *2 (D. Colo. May 22, 2015) (refusing to authorize substituted service of the defendants' attorney via certified mail, where the lawsuit did not concern real property).

Date: July 20, 2023