# AFFIDAVIT OF SERVICE

| Case: 23-cv-01705 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | County: | Job: 9137611 (to invoice) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Huston Casualty Company | | **Defendant / Respondent:** C3 Manufacturing LLC | |
| **Received by:** VSP Service of Process & Investigations LLC | | **For:** Arnett Litigation | |
| **To be served upon:** C3 Manufacturing LLC | | | |

I, Daniel Roseman, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Jane Doe Manager of Perfect Descent and C3 Manufacturing LLC, 30809 Norwood Dr Unit 2, Littleton, CO |
| Manner of Service: | Substitute Service - Business, Jul 6, 2023, 4:51 pm MDT |
| Documents: | Summons In a Civil Action (Received Jul 5, 2023 at 12:00am MDT), 2023.06.05_1-6 Civil Cover Sheet.pdf (Received Jul 5, 2023 at 12:00am MDT), 2023.06.05_1 Complaint.pdf (Received Jul 5, 2023 at 12:00am MDT), 2023.06.05_1-1 Exhibit A C3 Application.pdf (Received Jul 5, 2023 at 12:00am MDT), 2023.06.05_1-2 Exhibit B HCC Excess Policy.pdf (Received Jul 5, 2023 at 12:00am MDT), 2023.06.05_1-3 Exhibit C Second Amended Complain.pdf (Received Jul 5, 2023 at 12:00am MDT), 2023.06.05_1-4 Exhibit D Deposition Transcript - Ron Naranjo excerpts.pdf (Received Jul 5, 2023 at 12:00am MDT), 2023.06.05_1-5 Exhibit E Notice of Rescission.pdf (Received Jul 5, 2023 at 12:00am MDT) |

**Additional Comments:**
1) Unsuccessful Attempt: Jul 6, 2023, 10:58 am MDT at 9502 PALMER LAKE AVE, LITTLETON, CO 80125
Knocked on door rang ring doorbell. No answer dog inside Chevy pick up off street.

2) Successful Attempt: Jul 6, 2023, 4:51 pm MDT at 30809 Norwood Dr Unit 2, Littleton, CO received by Jane Doe Manager of Perfect Descent and C3 Manufacturing LLC. Age: 61; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'2"; Hair: Gray; Relationship: Manager ; Other: Manager of Perfect Descent;
When I arrived at location. I spoke to a sixty year old white female and stated that I was looking for ronald. She stated he was not in at this time. I stayed okay well I just have an important delivery for him. She stated oh yeah please I can take that can you bring it in. I stated yes I can I brought the documents in I gave them to her and she at that point started back. Pedaling. I told her I needed her name she denied giving me her name as well as started explaining to me that she was not a worker of C3 that she was a worker for of perfect descent, a company that uses C3 as a manufacturer for their products, which is in unit two of the same address. Not divided in any manner. When looking on the web for business ownership and registered agents they both list Ron Naranjo as the owner of both businesses at the same location.

_/s/ DR_                                   07/06/2023

Daniel Roseman                    Date

VSP Service of Process & Investigations LLC
130 W 5th Ave
Denver, CO 80204
303-809-0451