**From:** Kerri J. Anderson <Kerri@lsw-legal.com>
**Sent:** Friday, July 7, 2023 2:03 PM
**To:** Jennifer Arnett <jennifer@arnettlawyers.com>
**Cc:** Christine <christine@arnettlawyers.com>; Kerri J. Anderson <Kerri@lsw-legal.com>
**Subject:** RE: Houston Casualty Company v. C3 Manufacturing LLC

You're welcome.  After further review I don't believe service was effective because it was not accomplished at the corporate address and was not left with an officer/director, manager, or the registered agent.  I will be in touch shortly about accepting service.

Thanks -

**Kerri J. Anderson**
Attorney



455 Sherman St., Ste. 490
Denver, CO 80203
Tel: 303-575-9390
www.lsw-legal.com
**\*\*Please note our new address\*\***

**From:** Jennifer Arnett <jennifer@arnettlawyers.com>
**Sent:** Friday, July 7, 2023 1:00 PM
**To:** Kerri J. Anderson <Kerri@lsw-legal.com>
**Cc:** Christine <christine@arnettlawyers.com>
**Subject:** RE: Houston Casualty Company v. C3 Manufacturing LLC

EXHIBIT 1

Thanks for the quick response. There may have been some misunderstanding or miscommunication with the manager of C3. To effectuate service, we need a name.

Jennifer Arnett
jennifer@arnettlawyers.com
(720) 726-5852
1630 30th Street, Ste. A-184
Boulder, CO 80301
www.arnettlawyers.com



---

**From:** Kerri J. Anderson <Kerri@lsw-legal.com>
**Sent:** Friday, July 7, 2023 12:58 PM
**To:** Jennifer Arnett <jennifer@arnettlawyers.com>
**Cc:** Christine <christine@arnettlawyers.com>; Kerri J. Anderson <Kerri@lsw-legal.com>
**Subject:** RE: Houston Casualty Company v. C3 Manufacturing LLC

Jennifer,

I was under the impression that C3 had been served yesterday evening. I will check with the client but as of now, I am not authorized to accept service.

Thanks –


**Kerri J. Anderson**
Attorney



455 Sherman St., Ste. 490
Denver, CO 80203
Tel: 303-575-9390
www.lsw-legal.com
**\*\*Please note our new address\*\***

---

**From:** Jennifer Arnett <jennifer@arnettlawyers.com>
**Sent:** Friday, July 7, 2023 12:52 PM
**To:** Kerri J. Anderson <Kerri@lsw-legal.com>
**Cc:** Christine <christine@arnettlawyers.com>

**Subject:** Houston Casualty Company v. C3 Manufacturing LLC

Dear Kerri,

I write to you as counsel for Houston Casualty Company. HCC has initiated a declaratory judgment action against C3 in federal court in Colorado. See attached. Note that we have attempted service on Mr. Naranjo as the registered agent of C3, and on a manager of C3 at C3's principal place of business. The manager refused to accept service. Are you authorized to accept service on behalf of C3?

Sincerely,
Jennifer

Jennifer Arnett
jennifer@arnettlawyers.com
(720) 726-5852
1630 30th Street, Ste. A-184
Boulder, CO 80301
www.arnettlawyers.com

