# EXHIBIT 2

Case No. 1:23-cv-01705-RMR-NRN   Document 20-2   filed 07/31/23   USDC Colorado   pg 2 of 3



# Houston Casualty Company

Executive offices at 13403 Northwest Freeway, Houston, TX  77040

A Stock Insurance Company, herein called the Company

## Commercial Excess Liability Policy Declarations

Policy Number:        H18PX50121-00
Prior Policy Number:  N/A

### ITEM 1 – Named Insured and Mailing Address

C3 Manufacturing LLC
3809 Norwood Dr.
Littleton, CO 80125

*Producer Name and Address:*

Veracity Insurance Solutions
260 South 2500 West, Suite 303
Pleasant Grove, UT 84062

### ITEM 2 – Coverage

Commercial Excess Liability

### ITEM 3 – Policy Period

Effective:       10/11/2018
Expiration:      10/11/2019
12:01 a.m. Standard Time at the address of the Named Insured

### ITEM 4 – Limits of Insurance

A. $4,000,000 Each Occurrence Limit
B. $4,000,000 Other Aggregate Limit (Other than Products-Completed Operations Aggregate Limit)
C. $4,000,000 Products-Completed Operations Aggregate Limit

### ITEM 5 – Retroactive Date

Per Underlying Policy

**ITEM 6 – Applicable Forms and Endorsements (Attached)**

**Applicable Forms and Endorsements**

| | |
|---|---|
| HXC1 001 0814 | Commercial Excess Liability Coverage Form |
| HXC1 002 0814 | Commercial Excess Liability Policy Declarations |
| HXC OFAC 0814 | U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") Advisory Notice to Policyholders |
| HXC1 215 0814 | Service of Suit Clause Endorsement |
| HXC 114 0814 | Auto Liability Exclusion |
| HXC 999 0218 | Schedule of Underlying Insurance |
| HXL 8050 0115 | Exclusion of Certified Acts of Terrorism and Exclusion of Other Acts of Terrorism Committed Outside the United States |
| HXC 408 0215 | Nuclear, Biological or Chemical Exclusion |

**ITEM 7 – Schedule of Underlying Insurance (Attached)**

**ITEM 8 – Premium & Audit**

*Premium:*
$ 11,500 Minimum & Deposit
$  2,875 Minimum Earned Premium

*Audit:*

| | |
|---|---|
| Estimated Annual Exposure: | Flat |
| Rate: | Flat |
| Basis: | Flat |
| Audit Period: | N/A |

Date Issued 10/22/2018

Countersigned By: _____
                 Authorized Representative