**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   23-cv-01705-RMR-NRN

Houston Casualty Company,

     Plaintiff,

v.

C3 Manufacturing LLC,

     Defendant.

---

**HCC'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

---

Houston Casualty Company ("HCC"), by and through counsel, Arnett Litigation, LLC, files this Response in Opposition to Defendant's Motion for an Extension of Time to File a Reply in Support of Its Motion to Dismiss.  In support of its Response, HCC states the following:

     1.     Defendant C3 Manufacturing LLC ("C3") seeks an extension of time because one of the attorneys of record for C3 will be on vacation for a long weekend from August 11-14, 2023 and due to the press of other business.

     2.     This Court requires, with respect to motions for extension of time, that "[t]he moving party should clearly set forth good cause for the requested extension with particularity." Hon. R. Rodriguez Civ. Practice Standard 6.1A(b). Neither the press of business nor a long weekend vacation are good cause for a motion for extension of time.

3. In addition, Ms. Anderson is not the only attorney who has made an appearance on behalf of C3. Bradley Levin has also entered an appearance, and here is no representation that Mr. Levin will be away on vacation and is not able to prepare the reply in support of C3's motion to dismiss.

4. Further, while Ms. Anderson complains that she does not have time to prepare the reply brief by the due date of August 14, 2023, Ms. Anderson had time to draft and send a detailed letter to HCC on August 9, 2023, the day before she filed the Motion for Extension. In that letter, Ms. Anderson provides notice that C3 intends to file a claim in Washington state pursuant to Washington's Insurance Fair Conduct Act ("IFCA"). Exhibit 1.

5. In addition to lacking good cause for its motion, C3's counsel failed to abide by this Court's practice standards. Levin Sitcoff did not file the motion as far in advance of the deadline as possible, Hon. R. Rodriguez Civ. Practice Standard 6.1A(b), but instead filed only two business days before the reply brief is due. Counsel surely knew of the long weekend away and the press of other business before this time. Counsel also did not indicate in the Certificate of Service that Levin Sitcoff's client, C3, was served with the motion. *Id.* at 6.1A(c).

6. C3 has made clear by its motion to dismiss that it seeks to undermine the jurisdiction of this Court. In furtherance of that course of action, and notwithstanding this pending action, C3's counsel notified HCC, the day before filing the present motion for extension of time, that it intends to file an IFCA claim in Washington state court. One of the purported bases for that to-be filed claim is C3's allegation that the filing of the present suit is "in and of itself an act of bad faith." Ex. 1 at 1.

7. HCC is interested in resolving the present matter as soon as possible. Notwithstanding that HCC rescinded the insurance policy it issued to C3 in January 2023, C3 has demanded that HCC pay $4 million, the limits of the rescinded policy. ECF No. 5 ¶¶ 40, 46. And C3 has now threatened bad faith litigation in Washington state. Ex. 1.

8. If HCC prevails in the present action, the policy will be declared void ab initio and there will be no possibility of coverage much less a possibility of a colorable bad faith action. Delays in the present suit will only prolong the dispute between HCC and C3 and prolong C3's quixotic attempt to litigate, in a Washington state court, the applicability of Colorado law to a policy issued in Colorado to a Colorado limited liability company, and the purported bad faith involved in HCC's filing suit in Colorado.

**WHEREFORE**, for the reasons stated herein, C3's motion for an extension of time to file a reply in support of its Motion to Dismiss should be denied.

**DATED** this 11th day of August 2023.

Respectfully Submitted,

ARNETT LITIGATION, LLC

By: *s/ *Jennifer C. Arnett

Jennifer C. Arnett
1630 30th Street, Ste. A-184
Boulder, Colorado 80301
Tel: 720-726-5852
jennifer@arnettlawyers.com
*Attorney for Plaintiff Houston Casualty Company*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I electronically filed the foregoing **HCC'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Christine Giaquinto*
Legal Assistant for Arnett Litigation, LLC