IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01705-RMR-NRN

HOUSTON CASUALTY COMPANY,

Plaintiff,

v.

C3 MANUFACTURING LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Defendant's Motion for Extension of Time to File Reply in Support of Motion to Dismiss Based on Colorado River Abstention (Dkt. #21) is GRANTED. Defendant shall have up to and including August 21, 2023 within which to file its Reply in Support of the Motion to Dismiss.

Date: August 11, 2023