# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   23-cv-01705-RMR-NRN

Houston Casualty Company,

    Plaintiff,

v.

C3 Manufacturing LLC,

    Defendant.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____   all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

__X_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| /s/ *Jennifer C. Arnett* | Houston Casualty Company | 9/11/2023 |

Print name_____Jennifer C. Arnett_____

| /s/ *Kerri J. Anderson* | C3 Manufacturing LLC | 9/11/2023 |

Print name_____Kerri J. Anderson_____

**DATED** this 11th day of September 2023.

Respectfully Submitted,

ARNETT LITIGATION, LLC

By: *s/ *Jennifer C. Arnett*
Jennifer C. Arnett
1630 30th Street, Ste. A-184
Boulder, Colorado 80301
Tel: 720-726-5852
jennifer@arnettlawyers.com
*Attorney for Plaintiff Houston Casualty Company*

2

### CERTIFICATE OF SERVICE

       I hereby certify that on September 11, 2023, I electronically filed the foregoing **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      *s/ Christine Giaquinto*
Legal Assistant for Arnett Litigation, LLC