# EXHIBIT 3

**GORDON & REES**
**SCULLY MANSUKHANI**

ANDREW K. LAVIN
ALAVIN@GRSM.COM

MELISSA A. WEISE
MWEISE@GRSM.COM

ATTORNEYS AT LAW
555 SEVENTEENTH STREET
SUITE 3400
DENVER, CO 80202
PHONE: (303) 534-5160
FAX: (303) 534-5161
WWW.GORDONREES.COM

March 17, 2023

**VIA EMAIL ONLY**

Kerri J. Anderson, Esq.
Levin Sitcoff Waneka
1512 Larimer Street, Ste.650
Denver, CO 80202

    Re:    Insured: C3 Manufacturing, LLC ("C3")
               Policy Number: H18PX50120-00 (10/11/2018-2019) (the "Policy")
               Underwriter: Houston Casualty Company ("HCC")

Dear Ms. Anderson:

On behalf of Houston Casualty Company, we advise that your letter dated February 27, 2023, has been reviewed and HCC maintains its prior decision to rescind the Policy issued to C3 Manufacturing's based on C3's material misrepresentations in the Application it signed in the process of acquiring the Policy.

As recited in the Notice of Rescission, upon notice of possibility of C3's material misrepresentation, in September 2022, HCC reserved its rights and requested C3 cooperate and provide requested information. HCC requested, amongst other things, that C3 provide an explanation for why specified questions in the Application had received responses of "No." On November 2, 2022, C3, through counsel, refused to provide any explanation, did not claim communications with Mr. Cameron Allen influenced its completion of the Application, and did not claim the Application was ambiguous. Now, C3 claims that its communications in 2017 with Mr. Allen, an independent broker with Veracity Insurance Solutions, preclude rescission. Although Mr. Allen's communications, if any, are immaterial to C3's material misrepresentations, upon receipt of your correspondence, HCC contacted Mr. Allen. Mr. Allen denied guiding C3 in completing the Application regarding the specified questions in either 2017 or 2018.

HCC disagrees that the Application was ambiguous. A reasonable applicant in C3's position would have answered the pertinent questions in the affirmative. This was a manufacturer, who had previously recalled its product, described its actions as such to its spring manufacturer, and was aware of numerous failures in the month prior to signing the Application.

March 17, 2023
Page 2

HCC maintains its decision to rescind the Policy. HCC reserves the right to assert additional bases to rescind the Policy based on the discovery of additional information.

Sincerely,

*[signature]*

Andrew K. Lavin
Melissa A. Wiese