# EXHIBIT 4

**Christine Giaquinto**

| | |
|---|---|
| **From:** | Kasheta, Lauren |
| **Sent:** | Monday, May 15, 2023 2:53 PM |
| **To:** | Wood, Porche |
| **Subject:** | RE: Vandivere - Your Claim XPL-18-00175 - GAI Claim A00365827 |

Hi Porche,

You should contact C3 regarding your request for further information. C3 will have to decide what it shares with Great American and C3 has an obligation to make appropriate disclosures to the plaintiff.

Thanks,
Lauren

**Lauren Kasheta**
Claims Direc
LDG Reinsurance Corporation
lauren_kasheta@ldgre.com
Tel: 781-716-5115

tmhcc.com

**From:** Wood, Porche <pwood4@GAIG.COM>
**Sent:** Monday, May 15, 2023 8:01 AM
**To:** Kasheta, Lauren <lauren_kasheta@ldgre.com>
**Subject:** RE: Vandivere - Your Claim XPL-18-00175 - GAI Claim A00365827

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Lauren,

Can you provide the letter/order/communication regarding the rescission? This is our first time hearing of such and we will need to advise Plaintiff with that information as he is under the belief that there is excess as previously disclosed.

Thank you,
Porche

**Porche Wood, CPCU, AIC-M, AINS** Senior Claims Specialist | Tel 513-265-8866 | Fax 513-412-8435 | Email pwood4@gaig.com



GAIG.com |
Great American Insurance Group Tower
301 E. Fourth St. 20th Floor N, Cincinnati, OH 45202

**From:** Kasheta, Lauren <lauren_kasheta@ldgre.com>
**Sent:** Thursday, May 11, 2023 2:28 PM

1

**To:** Wood, Porche <pwood4@GAIG.COM>
**Subject:** [External] RE: Vandivere - Your Claim XPL-18-00175 - GAI Claim A00365827

Hi Porche,

The excess policy has been rescinded, so you don't need to provide updates on this claim.

Thanks,
Lauren

**Lauren Kasheta**
Claims Director
LDG Reinsurance Corporation
lauren_kasheta@ldgre.com
Tel: 781-716-5115
tmhcc.com

---

**From:** Wood, Porche <pwood4@GAIG.COM>
**Sent:** Monday, May 8, 2023 3:59 PM
**To:** Kasheta, Lauren <lauren_kasheta@ldgre.com>
**Cc:** J. Scott Wood <swood@grsm.com>
**Subject:** Vandivere - Your Claim XPL-18-00175 - GAI Claim A00365827

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Lauren,

Please see the attached updated pre-trial report. I've copied Scott to this email (please note that he has switched firms and is now with Gordon Rees) just in case you have any questions or would like to set up a call to discuss further. Thank you!

Porche

**Porche Wood, CPCU, AIC-M, AINS** Senior Claims Specialist | Tel 513-265-8866 | Fax 513-412-8435 | Email pwood4@gaig.com

---



GAIG.com |
Great American Insurance Group Tower
301 E. Fourth St. 20th Floor N, Cincinnati, OH 45202

---

This email transmission, including any attachments, is intended solely for the addressee named above, and may contain confidential or privileged information. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender immediately by reply email and destroy the message and its attachments.

A member of the Tokio Marine HCC group of companies. Tokio Marine HCC is the marketing name used to describe the affiliated companies under the common ownership of HCC Insurance Holdings, Inc. Tokio Marine HCC's products are underwritten by American Contractors Indemnity Company, HCC International Insurance Company PLC, HCC Life Insurance Company, HCC Specialty Insurance Company, Houston Casualty Company, Lloyd's Syndicate 4141, United States Surety Company and U.S. Specialty Insurance Company. For more information about Tokio Marine HCC, please visit www.tmhcc.com.

This email message (including any attachments) contains confidential information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient or have otherwise received this email in error, please contact the sender by reply email and permanently destroy all copies of the original message and any attachments.

---

This email transmission, including any attachments, is intended solely for the addressee named above, and may contain confidential or privileged information. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender immediately by reply email and destroy the message and its attachments.