# EXHIBIT 6

**From:** Kerri J. Anderson <Kerri@lsw-legal.com>
**Sent:** Monday, June 26, 2023 12:22 AM
**To:** Andrew Lavin <alavin@grsm.com>
**Cc:** ronnaranjo c3mfg.com <ronnaranjo@c3mfg.com>; Kerri J. Anderson <Kerri@lsw-legal.com>
**Subject:** Vandivere v. C3 Manufacturing, LLC - URGENT
**Importance:** High

Mr. Lavin, please see the attached correspondence.

Kerri Anderson


**Kerri J. Anderson**
Attorney



455 Sherman St., Ste. 490
Denver, CO 80203
Tel: 303-575-9390
www.lsw-legal.com
**Please note our new address**

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**

**YOUR 50 STATE PARTNER®**

**http://www.grsm.com**



## PFAU COCHRAN VERTETIS AMALA
### ATTORNEYS AT LAW

**TACOMA**
909 A STREET
SUITE 700
TACOMA, WA 98402
(253) 777-0799

**PARTNERS**
MICHAEL T. PFAU
DARRELL L. COCHRAN[2]
THOMAS B. VERTETIS[2 4]
JASON P. AMALA
MALLORY C. ALLEN[1]
ELIZABETH P. CALORA
ANELGA DOUMANIAN[1 6]
COLLEEN DURKIN PETERSON
KEVIN M. HASTINGS
CHRISTOPHER E. LOVE
VINCENT T. NAPPO[1]
STEVEN T. REICH[8]

**ASSOCIATES**
YEMI AJAYI[3]
PATRICK A. BROWN
JESSICA E. BURRUS[1]
SYDNEY E. CODD
ALEXANDER G. DIETZ
BRIDGET T. GROTZ
WILLIAM T. MCCLURE
MICHAEL D. MCNEIL
LESLEY O'NEILL[7]
ANDREW S. ULMER
BENJAMIN B. WATSON

ALL ATTORNEYS
LICENSED IN WA

1 LICENSED IN NY
2 LICENSED IN OR
3 LICENSED IN CA
4 LICENSED IN NJ
5 LICENSED IN KY
6 LICENSED IN MO
7 LICENSED IN GA
8 LICENSED IN ID

June 25, 2023

Rachel Tallon Reynolds
Gregory Worden
Heather Jensen
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101

James H. Moss, P.C.
PO Box 16743
Golden, CO 80402

Kerri Anderson
Levin Sitcoff Waneka
455 Sherman Street, Ste. 490
Denver, Co 80203

*Re: Michael Vandivere, et al. v. Vertical World, Inc., et al.*

Dear Counsel:

I write to extend an offer from the Vandivere Plaintiffs to settle their claims for $5 million plus the amount of sanctions that the Court is and will be considering as the sanctions proceedings move to their conclusion.

Alternatively, I will entertain a *Bird V Best Plumbing* settlement consisting of covenant judgments/covenant not to execute against assets/assignment of all insurance claims against Great American Insurance Company and Tokio Marine/Houston Casualty Company for a total of $15.4 million.

Because jury selection formally begins tomorrow at 9:00 am PST, I will withdraw these offers tomorrow at 7:00 am PST.

Sincerely,

Darrell L. Cochran

DLC:sa

**SEATTLE:** 403 COLUMBIA STREET, SUITE 500 • SEATTLE, WA 98104 • (206) 462-4334
**NEW YORK:** 31 HUDSON YARDS, 11TH FLOOR • NEW YORK, NY 10001 • (212) 300-2444

WWW.PCVA.LAW



June 25, 2023

***VIA ELECTRONIC MAIL:*** alavin@grsm.com

Andrew Lavin, Esq.
Gordon & Rees
 Scully Mansukhani
555 Seventeenth Street
Suite 3400
Denver, Colorado 80202

      Re:     *Michael Vandivere, et al. v. Vertical World, Inc., C3 Manufacturing, LLC,*
             Superior Court of the State of Washington, for the County of King No. 19-2-
             27385-2 SEA

Mr. Lavin:

As you know, this firm is personal counsel for C3 Manufacturing, LLC ("C3"), to which Houston Casualty Company ("HCC") issued Policy No. H18PX50121-00 (the "Policy"). HCC wrongfully (and ineffectually) attempted to rescind and/or cancel the Policy in January 2023. Doing so set off a series of catastrophic events in the above-referenced lawsuit which has culminated in the attached demand letter, sent this evening just hours before trial is to start.

As you can see, plaintiffs are willing to settle for $5 million, which is within the $4 million limits of the Policy and the $1 million limits of underlying CGL policy issued by Great American E&S Insurance Company ("Great American"). Great American has reassured plaintiffs' counsel this evening that its full policy limits remain available to settle the Vandivere lawsuit.

C3 demands that HCC make its $4 million available immediately as well so that the demand can be accepted and this disastrous case be .  Should HCC be unwilling to do so, C3 intends to accept the alternative proposal for resolution of the lawsuit, which includes an assignment of its rights against its carriers in exchange for a consent judgment. The deadline is upon us. Please provide HCC's position by 8:00 a.m. MST.

             Very truly yours,

             LEVIN SITCOFF WANEKA PC

             Kerri J. Anderson

455 N. Sherman Street
Suite 490
Denver, Colorado 80203
303-575-9390
kerri@lsw-legal.com
www.lsw-legal.com

Brooke Mixon
Bradley S. Keller, Esq.
June 21, 2023
Page 2

cc: Ron Naranjo, C3 Manufacturing, LLC