# EXHIBIT 7



**From:** Andrew Lavin
**Sent:** Monday, June 26, 2023 7:58 AM
**To:** 'Kerri J. Anderson' <Kerri@lsw-legal.com>
**Subject:** RE: Vandivere v. C3 Manufacturing, LLC - URGENT

Ms. Anderson,

This is acknowledging your email sent at 12:30 this morning. HCC is responding to your request for a position by 8:00 am MST. HCC rescinded Policy No. H18PX550121-00 for material misrepresentation as explained in the letter providing notice of the rescission.  You disputed that rescission by letter dated February 27, 2023.  HCC responded on March 17, 2023 and advised you that it maintained its prior decision to rescind the Policy. We never heard anything else from you until this morning.  HCC maintains its decision to rescind the Policy. HCC will not be making $4 million available to settle the Vandivere lawsuit.

Thank you,
Drew

---

**ANDREW K. LAVIN** | Partner

555 Seventeenth Street, Suite 3400
Denver, CO 80202
D: 303-200-6883 | alavin@grsm.com

www.grsm.com
vCard

**From:** Kerri J. Anderson <Kerri@lsw-legal.com>
**Sent:** Monday, June 26, 2023 12:22 AM
**To:** Andrew Lavin <alavin@grsm.com>
**Cc:** ronnaranjo c3mfg.com <ronnaranjo@c3mfg.com>; Kerri J. Anderson <Kerri@lsw-legal.com>
**Subject:** Vandivere v. C3 Manufacturing, LLC - URGENT
**Importance:** High

Mr. Lavin, please see the attached correspondence.

Kerri Anderson

**Kerri J. Anderson**
Attorney



455 Sherman St., Ste. 490
Denver, CO 80203
Tel: 303-575-9390
www.lsw-legal.com
**\*\*Please note our new address\*\***

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
**http://www.grsm.com**