IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01705-RMR-NRN

HOUSTON CASUALTY COMPANY,

Plaintiff,

v.

C3 MANUFACTURING LLC and
GREAT AMERICAN E & S INSURANCE COMPANY, as assignee of C3 MANUFACTURING LLC,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

Pursuant to communications with the parties, it is hereby ORDERED that a telephonic Discovery Hearing is SET on December 28, 2023 at 11:00 a.m. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# five minutes prior to the start of the hearing.

It is further ORDERED that the parties shall prepare and email to Chambers by 12:00 p.m. on December 27, 2023 a short (no longer than ten pages) joint statement setting forth each side's respective position concerning the discovery dispute. The parties are advised that the joint statement will be attached to the courtroom minutes and made a part of the record.

Date: December 21, 2023