*HCC's Response in Opposition to Great American's Motion to Dismiss*

# EXHIBIT 1

## Filed as Level 1 Restricted