# EXHIBIT 1

**From:** Santuk Mike <Mike.Santuk@lesjoforsab.com>
**Sent:** Mon, 13 Aug 2018 11:46:23 -0600
**To:** Ron Naranjo <ronnaranjo@c3mfg.com>
**CC:** Clayton Kathleen <Kathleen.Clayton@lesjoforsab.com>
**Subject:** RE: Problems with 100072

---

Ron,

The below shows past production runs for this part. The two highlighted orders were mfg with the spring being precoiled then wound set. These utilized the material that had close UTS/ UYS values. The mfg method used here lends itself to high stress/ low life expectations—Any idea how many cycles springs saw? Pretty sure these are the orders having the failures. We changed the design to a wound set spring to increase life. This would've started with job 2860. Have there been failures from any of the orders made after 3/8/2017?

Even though the UTS & UYS are close, no failures were observed in the mfg of the springs. The forming of the springs would expose the material to the highest stresses—IE: If material did not fail during the mfg of the spring, it should withstand normal stresses during its usage. I'm seeing this as a normal life failure solely based on the winding method used to mfg with.

| Job | Item Description | Item | Job Description | Qty Completed | Start Date | End Date |
|---|---|---|---|---|---|---|
| 990 | ++C3 100072 | 1FLS100033 | COMPLETE | 103 | 2/18/2016 | 2/18/2016 |
| 2493 | +C3 100072 | 1FLS100033 | COMPLETE | 159 | 2/1/2017 | 2/1/2017 |
| 2652 | +C3 100072 | 1FLS100033 | COMPLETE | 155 | 3/8/2017 | 3/8/2017 |
| 2860 | C3 100072 | 1FLS100033 | COMPLETE | 304 | 4/27/2017 | 4/27/2017 |
| 3077 | C3 100072 | 1FLS100033 | COMPLETE | 155 | 6/21/2017 | 6/21/2017 |
| 3164 | C3 100072 | 1FLS100033 | COMPLETED | 209 | 7/14/2017 | 7/14/2017 |
| 3289 | C3 100072 | 1FLS100033 | COMPLETED | 406 | 8/14/2017 | 8/14/2017 |
| 3832 | C3 100072 | 1FLS100033 | COMPLETED | 140 | 1/9/2018 | 1/18/2018 |
| 3970 | C3 100072 | 1FLS100033 | COMPLETED | 279 | 2/5/2018 | 2/14/2018 |
| 4154 | C3 100072 | 1FLS100033 | COMPLETED | 204 | 3/12/2018 | 3/19/2018 |
| 4464 | C3 100072 | 1FLS100033 | COMPLETED | 257 | 5/15/2018 | 6/1/2018 |
| 4598 | C3 100072 | 1FLS100033 | COMPLETED | 255 | 6/7/2018 | 6/14/2018 |

02.04.2022
Naranjo
**3**
Buell Realtime Reporting

C3MFGLLC-VANDIVERE-000530

I show that we only have 400 lbs of material available. Are you going to be ordering the same spring or moving to the 2 spring design for the replacement parts? Need to know if I should buy more 1.181" wide material or increase .591 material order?

Mike Santuk
Product Development Manager



Lesjöfors Springs America, Inc.

250 Research Drive

CenterPoint Commerce & Trade Park East

Pittston PA 18640

Phone - (570) 299 2240
Fax - (570) 299 7435

E-mail: mike.santuk@lesjoforsab.com

Website: www.lesjoforsab.com

---

**From:** Santuk Mike
**Sent:** Monday, August 13, 2018 11:57 AM
**To:** 'Ron Naranjo' <ronnaranjo@c3mfg.com>
**Cc:** Clayton Kathleen <kathleen.clayton@lesjoforsab.com>
**Subject:** RE: Problems with 100072

Hi Ron,

Working on compiling history for product made for review/ discussion.

Do you have any of these broken springs that could be sent to us for review? Are the failures all from a specific work order/ time frame?

Mike Santuk

C3MFGLLC-VANDIVERE-000531

Product Development Manager



Lesjöfors Springs America, Inc.

250 Research Drive

CenterPoint Commerce & Trade Park East

Pittston PA 18640

Phone - (570) 299 2240
Fax - (570) 299 7435

E-mail: mike.santuk@lesjoforsab.com

Website: www.lesjoforsab.com

---

**From:** Ron Naranjo <ronnaranjo@c3mfg.com>
**Sent:** Friday, August 10, 2018 1:20 AM
**To:** Santuk Mike <Mike.Santuk@lesjoforsab.com>
**Cc:** Clayton Kathleen <Kathleen.Clayton@lesjoforsab.com>
**Subject:** Problems with 100072

Hi Mike,

I am going to have to recall our devices with springs from the lots that we had talked about previously. We have had 15 failures with 13 happening since July 13. I would like to have a call to discuss the problems and see what can be done to remedy the situation. Can you pull together the material reports from all of the 100072 that have been produced to see if there are others that indicate the yield/tensile similarities you found?

I would also like to discuss the design ideas that Kathleen had spoken about that would reduce the concentrated stress point on the spring.

I would also like to discuss material availability and the options available to expedite the necessary parts to accommodate orders of replacement parts.

Please let me know your availability.

Regards,

Ron Naranjo

C3 Manufacturing LLC / Perfect Descent

3809 Norwood Dr., Unit 4

Littleton, CO 80125

303-953-0874

C3MFGLLC-VANDIVERE-000533