# EXHIBIT 5

The Honorable Mark Larrañaga
Noted for Hearing:  April 19, 2024, 10:15 a.m.

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY<br><br>vs.<br><br>HOUSTON CASUALTY COMPANY, et al. | **CASE NO. 23-2-16817-8 SEA**<br>**NOTICE OF COURT DATE (Judges)**<br>**(NOTICE FOR HEARING)**<br>**SEATTLE DESIGNATED CASES ONLY**<br>(Clerk's Action Required) (NTHG) |

**TO:**   **THE CLERK OF THE COURT** and to all other parties per list on Page 2:
   **PLEASE TAKE NOTICE** that an issue of law in this case will be heard on the date below and the Clerk is directed to note this issue on the calendar checked below.

**Calendar Date**: April 19, 2024   **Day of Week**: Friday
**Nature of Motion**: Defendants Sinars Slowikowski Tomaska LLC's and Furman's Motion to Dismiss

---

**CASES ASSIGNED TO INDIVIDUAL JUDGES – SEATTLE DESIGNATED CASES**
If oral argument on the motion is allowed (LCR 7(b)(2)), contact staff of assigned judge to schedule date and time before filing this notice.  **Working Papers**: The judge's name, date and time of hearing must be noted in the upper right corner of the Judge's copy. **Deliver Judge's copies to Judges' Mailroom at C-203 (Seattle) or 2D (MRJC)**
[ ]   Without oral argument (Mon – Fri)       **[X]**   With oral argument Hearing
Date/Time: April 19, 2024, 10:15 a.m.
Judge's Name: Hon. Mark Larrañaga    Trial Date: September 9, 2024
Building Location and Courtroom No. of Judicial Officer: Maleng Regional Justice Center, Room 2D
Virtual Connection Information (if applicable):

---

**CHIEF CRIMINAL DEPARTMENT – SEATTLE (E-1201)**
[ ] Bond Forfeiture  3:15 pm, 2nd Thursday of each month
[ ] Extraordinary Writs from criminal or infraction (Show Cause Hearing) LCR 98.40(d)    3:00 p.m. Mon-Thurs.
[ ] Certificates of Rehabilitation- Weapon Possession (**Convictions from Limited Jurisdiction Courts**)    3:30 First Tues of each month

---

**CHIEF CIVIL DEPARTMENT – SEATTLE (W-905)** *Telephonic Chief Civil Calendar instructions at:
[Chief civil calendar - Superior Court - King County, Washington](#)
[ ] Supplemental Proceedings (LCR 69) (**Thurs** 1:30 pm)
[ ] Structured Settlements (LCR 40(b)(14)) (**Thurs** 1:30 pm)
[ ] Extraordinary Writs (Show Cause Hearing) (LCR 98.40)  (**Thurs** 1:30 pm)
[ ] Motions to Consolidate with multiple judges assigned (LCR 42) (without oral argument Mon – Fri)
[ ] Other Chief Civil Motions per LCR: _____(without oral argument Mon-Fri)

**For cases without an assigned judge**:
[ ] Dispositive Motions (**Fridays**. Contact bailiff for hearing time)
[ ] Non-Dispositive Motions (without oral argument Mon – Fri)
[ ] Motions for Revisions (LCR 7(b)(8)) (**Non-UFC cases only. Motion will be reassigned per LCR 7(b)(8)(B)(ii)**)

---

 You may list an address that is not your residential address where you agree to accept legal documents.
Sign: /s/ Bradley S. Keller    Print/Type Name: Bradley S. Keller
WSBA # 10665   (if attorney)    Attorney for: Defendants Sinars and Christopher Furman
Address: 1000 Second Avenue, 38th Floor    City, State, Zip  Seattle, WA  98104
Telephone: 206.622.2000 Email Address: bkeller@byrneskeller.com  Date: February 13, 2024

**DO NOT USE THIS FORM FOR FAMILY LAW OR EX PARTE MOTIONS.**

**Notice of Court Date- Seattle Designated Cases Only**           Page 1
https://kingcounty.gov/en/dept/dja/courts-jails-legal-system/court-forms-document-filing/forms
Rev. 1/2024

| LIST NAMES AND SERVICE ADDRESSES FOR ALL NECESSARY PARTIES REQUIRING NOTICE |

Name <u>Mark Johnson</u>
Service Address: <u>2001 Western Ave., Suite 205</u>
City, State, Zip <u>Seattle, WA  98121</u>
WSBA# <u>8463</u> Atty. For: <u>Plaintiff</u>
Telephone #:  <u>206.386.5566</u>
Email Address: <u>mark@johnsonflora.com</u>

Name <u>Everett W. Jack</u>
Service Address: <u>1300 SW Fifth Ave., Suite 2400</u>
City, State, Zip <u>Portland, OR  97201</u>
WSBA# <u>47076</u> Atty. For: <u>Def. Houston Casualty</u>
Telephone #: <u>503.778.5218</u>
Email Address: <u>everettjack@dwt.com</u>

Name <u>Steven Caplow</u>
Service Address: <u>920 Fifth Ave., Suite 3300</u>
City, State, Zip <u>Seattle, WA  98104</u>
WSBA# <u>19843</u>  Atty. For: <u>Def. Houston Casualty</u>
Telephone #:  <u>206.622.3150</u>
Email Address: <u>stevencaplow@dwt.com</u>

Name <u>Todd Bowers</u>
Service Address: <u>701 Fifth Ave., Suite 2100</u>
City, State, Zip <u>Seattle, WA  98104</u>
WSBA# <u>24638</u> Atty. For: <u>Defs. Gordon Rees, et al.</u>
<u>and J. Scott Wood</u>
Telephone #:  <u>206.695.5197</u>
Email Address: <u>tbowers@grsm.com</u>

Name_____
Service Address:_____
City, State, Zip_____
WSBA# _____Atty. For:_____
Telephone #:
Email Address:

Name_____
Service Address:_____
City, State, Zip_____
WSBA# _____Atty. For:_____
Telephone #:
Email Address:

## IMPORTANT NOTICE REGARDING CASES

Party requesting hearing must file motion & affidavits separately along with this notice.  List the names, addresses and telephone numbers of all parties requiring notice (including GAL) on this page.  The Party requesting the hearing must serve a copy of this notice, with motion documents, on all parties and file a proof of service outlining all the documents served on the other party or parties.

The original must be filed at the Clerk's Office not less than **nine** court days prior to requested hearing date, except for Summary Judgment Motions (to be filed with Clerk 28 days in advance).

Written responses and replies must be filed and served according to the deadlines in Local Civil Rule 7.  *See,* Civil Rule 59 for response deadlines for Summary Judgment Motions and LCR 12 for Motions to Dismiss.

**THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES AND ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY**.

The SEATTLE COURTHOUSE is in Seattle, Washington at 516 Third Avenue.  The Clerk's Office is on the sixth floor, room E609.  The Judges' Mailroom is Room C-203. The Maleng Regional Justice Center is in Kent, Washington at 401 Fourth Avenue North. The Clerk's Office is on the second floor, room 2C.  The Judges' Mailroom is Room 2D.