# EXHIBIT 8

```
 1                UNITED STATES DISTRICT COURT
                           FOR THE
 2                     DISTRICT OF COLORADO

 3

 4

 5   HOUSTON CASUALTY COMPANY,

 6           Plaintiff,

 7        vs.                          CIVIL ACTION NO.:
                                       23-cv-01705-RMR-NRN
 8   C3 MANUFACTURING, LLC and
     GREAT AMERICAN E & S
 9   INSURANCE COMPANY, as             DEPOSITION OF:
     assignee of C3                    CAMERON ALLEN
10   Manufacturing,

11           Defendants.

12

13

14

15            Tuesday - April 2, 2024
              ----------------------------
16

17           Oral sworn deposition of CAMERON S.

18   ALLEN, taken via the video conference software

19   program Zoom, with most participants in

20   separate locations, before Karen A. Haworth, a

21   Utah Certified Court Reporter (CCR), nationally

22

23

24

25
```



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1   certified Registered Professional Reporter

 2   (RPR), nationally certified Certificate of

 3   Merit holder (CM), nationally certified

 4   Certified Realtime Reporter (CRR), nationally

 5   certified Certified LiveNoteTM Reporter (CLR),

 6   and Notary Public of the State of Utah, on the

 7   above date, commencing at 10:05 a.m., there

 8   being present:

 9

10

11

12   APPEARANCES:

13

14

15       ARNETT LITIGATION
         BY:  JENNIFER ARNETT, ESQUIRE
16       1630 30th Street
         Suite A-184
17       Boulder, Colorado 80301
         (720)726-5852
18       jennifer@arnettlawyers.com
         Attorney for the Plaintiff
19

20

21       LEVIN SITCOFF WANEKA, ESQUIRES
         BY:  KERRI J. ANDERSON, ESQUIRE
22       455 Sherman Street
         Suite 490
23       Denver, Colorado 80203
         (303)575-9390
24       Kerri@lsw-legal.com
         Attorney for Defendant C3 Manufacturing,
25       LLC
```



```
 1   APPEARANCES - CONTINUED:

 2


 3


 4        RUGGERI PARKS WEINBERG, LLP
          BY:  JAMES P. RUGGERI, ESQUIRE
 5        1875 K Street, NW
          Suite 600
 6        Washington, DC 20006
          (202)984-1400
 7        jruggeri@ruggerilaw.com
          Attorney for Defendant Great American
 8        E & S Insurance Company


 9


10


11        PARR BROWN GEE & LOVELESS, ESQUIRES
          BY:  MATTHEW J. BALL, ESQUIRE
12        101 South 200 East
          Suite 700
13        Salt Lake City, Utah 84111
          (801)532-7840
14        mball@parrbrown.com
          Attorney for the Witness
15        (Located in the same room as the witness)

16


17


18


19


20

21   ALSO PRESENT:

22   Olivia Fiuza
     Paralegal
23   Ruggeri Parks Weinberg, LLP


24


25
```



```
 1       question is context dependent according to
 2       the subjective understanding of the person
 3       answering the question.  Fair?")
 4
 5          MS. ARNETT:  Objection.
 6          THE WITNESS:  I would answer that as fair.
 7   BY MR. RUGGERI:
 8   Q.   And to your knowledge, Mr. Naranjo has never
 9   tried to hide any information about his products, has
10   he?
11          MS. ARNETT:  Objection.
12          THE WITNESS:  He has not.
13   BY MR. RUGGERI:
14   Q.   I'm sorry.  The answer?
15   A.   He has not.
16   Q.   Thank you.
17          That's it for me, subject to additional
18   follow-up Ms. Arnett may have.
19          MS. ARNETT:  I do have a follow-up.
20
21   EXAMINATION
22   BY MS. ARNETT:
23   Q.   Cameron, you've stated pretty forcefully that
24   you're confident that you did not tell Mr. Naranjo
25   how to answer the recall question on the application.
```



```
 1   Right?
 2         MS. ANDERSON:  Object to form.
 3         MR. BALL:  Object to form.
 4             [Indiscernible - cross-talking]
 5   BY MS. ARNETT:
 6   Q.   I saw you nod your head.  Is that a "yes"?
 7   A.   Yes.
 8   Q.   Thank you.
 9   A.   That is a yes.
10   Q.   Thank you.
11        And how is it that you can be so sure that you
12   didn't tell Mr. Naranjo how to answer the recall
13   question on the application?
14         MS. ANDERSON:  Object to form.  Speculation.
15         THE WITNESS:  Because I don't complete
16   applications.  I don't direct people on how to answer
17   questions.
18   BY MS. ARNETT:
19   Q.   And is this a general practice of yours; to not
20   complete applications and not telling people how to
21   answer questions on applications --
22   A.   That is correct.
23   Q.   -- or --
24   A.   Sorry.  That is correct.
25        And that's why we provide them with a blank
```



```
 1                  REPORTER'S CERTIFICATION

 2


 3    STATE OF UTAH         )
                            )
 4    COUNTY OF WASHINGTON  )

 5             I, KAREN A. HAWORTH, a Utah
      Certified Court Reporter (CCR), nationally
 6    certified Registered Professional Reporter
      (RPR), nationally certified Certificate of
 7    Merit holder (CM), nationally certified
      Certified Realtime Reporter (CRR), nationally
 8    certified Certified LiveNoteTM Reporter (CLR),
      and Notary Public of the State of Utah, hereby
 9    certify:
               That the foregoing proceedings were
10    taken before me at the time and place therein
      set forth, at which time the witness was placed
11    under oath to tell the truth, the whole truth,
      and nothing but the truth; that the proceedings
12    were taken down by me in stenographic form and,
      thereafter, my notes were transcribed through
13    computer-aided transcription; and the foregoing
      transcript constitutes a full, true, and
14    accurate record of such testimony adduced and
      oral proceedings had, and of the whole thereof.
15             I further certify that I am not a
      relative or employee of any attorney of the
16    parties, nor do I have a financial interest in
      the action.
17             I have subscribed my name on the
      date stated.
18
```

```
19    _____
      KAREN A. HAWORTH, CCR,RPR,CM,CRR
20    Certified Court Reporter (UT)
      Registered Professional Reporter(RPR)
21    Certificate of Merit holder (CM)
      Certified Realtime Reporter (CRR)
22    Notary Public of the State of Utah

23    The foregoing certification of this
      transcript does not apply to any reproduction
24    of the same by any means, unless under the
      direct control and supervision of the
25    certifying reporter.
```