IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01705-RMR-NRN

Houston Casualty Company,

    Plaintiff,

v.

C3 Manufacturing LLC and Great American E & S Insurance Company, as assignee of C3 Manufacturing LLC,

    Defendants.

## GREAT AMERICAN E & S INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A REPLY

Great American E & S Insurance Company ("Great American"), pursuant to this Court's Civil Practice Standard 72.3(c), seeks leave of the Court for good cause shown to file a reply in support of Great American's Objections to the Recommendation of the Magistrate Judge Concerning its Motion to Dismiss the Second Amended Complaint, ECF No. 97 (the "Objections").

Great American's proposed two-page reply is attached hereto as Exhibit 1. The reply solely seeks to address new material found in Houston Casualty Company's ("HCC") response in opposition to Great American's Objections (the "Response"). HCC's Response raises new arguments without any factual basis to support them. The presentation of new arguments is good cause to grant leave for a reply. *See, e.g.*, *Tolbert v. High Noon Prods. LLC*, No. 120CV01734DDDNYW, 2021 WL 2661649, at *5 (D. Colo. June 29, 2021) ("A party may be given leave to file a surreply when the

movant raises new arguments or relies on new evidence in their reply brief.") (citing *Green v. New Mexico*, 420 F.3d 1189, 1196 (10th Cir. 2005)).  *Accord Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001) ("The standard for granting a leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply."). Importantly, it is also generally considered an abuse of discretion to rely upon new material raised by one party without allowing a reply.  *See, e.g., Beaird v. Seagate Tech., Inc.*, 145 F.3d 1159, 1164 (10th Cir. 1998) ("Having accepted the reply brief, the district court in fact had two permissible courses of action.  It could either have permitted a surreply or, in granting summary judgment for the movant, it could have refrained from relying on any new material contained in the reply brief."); *accord Doebele v. Sprint/United Mgmt. Co.*, 342 F.3d 1117, 1139 n.13 (10th Cir. 2003). "'Material,' for purposes of this framework, includes both new evidence and new legal arguments."  *Green*, 420 F.3d at 1196 (citing *Doebele,* 342 F.3d at 1139 n.13).

    As HCC has presented new material in its Response in the form of new arguments, and insofar as granting Great American leave would spare the Court the inconvenience of having to dedicate judicial resources to determining which arguments may or may not be fairly considered in its ultimate ruling, there is good cause to grant Great American leave to file a reply.

Dated:  May 6, 2024

Respectfully submitted,

*s/Thomas A. Olsen*
Cedric D. Logan
Joel S. Neckers
Thomas A. Olsen
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile:   303.244.1879
Email:  logan@wtotrial.com
           neckers@wtotrial.com
           tolsen@wtotrial.com

James P. Ruggeri
Edward B. Parks, II
Ruggeri Parks Weinberg LLP
1875 K. Street, N.W.
Washington, DC  20006
Telephone: (202) 984-1400
Facsimile:   (202) 984-1401
Email: jruggeri@ruggerilaw.com
           eparks@ruggerilaw.com

*Attorneys for Defendant Great American E & S Insurance Company*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 6, 2024, I electronically filed the foregoing **GREAT AMERICAN E & S INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A REPLY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Kerri J. Anderson**
  kerri@lsw-legal.com, nicole@lsw-legal.com, karen@lsw-legal.com

- **Jennifer Arnett**
  jennifer@arnettlawyers.com, christine@arnettlawyers.com, cgiaquinto@sanitaslaw.com

- **Bradley Aaron Levin**
  brad@lsw-legal.com, nicole@lsw-legal.com, karen@lsw-legal.com, nelson@lsw-legal.com

- **Cedric D. Logan**
  logan@wtotrial.com, cooks@wtotrial.com, wall@wtotrial.com

- **Joel S. Neckers**
  neckers@wtotrial.com, bratcher@wtotrial.com

- **Thomas A. Olsen**
  olsen@wtotrial.com, umaguing@wtotrial.com

*s/ Thomas A. Olsen*