# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   23-cv-01705-RMR

Houston Casualty Company,

    Plaintiff,

v.

C3 Manufacturing LLC and Great American E & S Insurance Company, as assignee of C3 Manufacturing LLC,

    Defendants.

---

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

---

Houston Casualty Company ("HCC"), by and through undersigned counsel, files this Motion for Enlargement of Time to file a reply in support of its Motion for Reconsideration (ECF No. 101).

### CERTIFICATION – DUTY TO CONFER

Counsel for the moving party certifies that, before filing this motion and pursuant to D.C.Colo.LCivR 7.1(A), she attempted in good faith to confer with counsel for defendants. Defendants do not oppose this motion.

1. On May 16, 2024, Houston Casualty Company filed a Motion for Reconsideration (ECF No. 101) of this Court's May 6, 2024 Order granting the motions to dismiss of defendants

C3 Manufacturing LLC ("C3") and Great American E & S Insurance Company ("Great American") (ECF No. 100).

2. Great American and C3 filed a joint response in opposition to the Motion for Reconsideration on June 6, 2024. (ECF No. 102.)

3. On June 6, 2024, undersigned counsel for HCC had a death in her immediate family. Counsel is currently out of state with her family, making funeral and other arrangements. Two funeral services, in different parts of the state, are planned.

4. HCC's counsel is a solo practitioner. No other attorneys have entered an appearance on behalf of HCC in this matter.

5. To provide undersigned counsel with the necessary time for grieving, to make funeral and other arrangements, and to attend both funeral services, the undersigned requests an additional two weeks to file a reply in support of HCC's Motion for Reconsideration.

6. HCC's reply, without an extension, would be due by June 20, 2024. A two-week extension would make the reply due on July 5, 2024 – the first business day after the July 4 holiday that falls two weeks after June 20, 2024.

7. Counsel for C3 and Great American do not object to this request for an extension of time, and the request is not being submitted for the purpose of delay. No party will be prejudiced by the requested two-week enlargement of time.

**WHEREFORE**, for the reasons stated herein, Houston Casualty Company requests that it be provided a two-week enlargement of time, to July 5, 2024, to file a reply in support of its Motion for Reconsideration.

**DATED** this 14th day of June 2024.

Respectfully Submitted,

By: *s/ *Jennifer C. Arnett*
Jennifer C. Arnett
Arnett Litigation, LLC
1630 30th Street, Ste. A-184
Boulder, Colorado 80301
Tel: 720-726-5852
jennifer@arnettlawyers.com
*Attorney for Plaintiff Houston Casualty Company*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of June, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              *s/ Christine Giaquinto*
                                              Legal Assistant for Arnett Litigation, LLC